IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ERIC SHAPIRO, | 3:12-cv-01358-AC |
| Plaintiff, | ORDER |
| v. | |
| AMERICAN BANK, a Federal Savings Association; AMERICAN BANK MORTGAGE GROUP, a Maryland corporation; AMERICAN BANK HOLDING, INC., a Delaware corporation, | |
| Defendants. | |

BROWN, Judge.

   Magistrate Judge John V. Acosta issued Findings and Recommendation (#18) on May 2, 2013, in which he recommends this Court deny Defendants' Motion (#4) to Dismiss for Improper Venue. Defendants filed timely Objections to the Findings and

1 - ORDER

Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall,* 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has reviewed the record *de novo*, including Defendants' Objections. In their Objections, Defendants reiterate the arguments contained in their Motion to Dismiss for Improper Venue and their Reply in Support of their Motion and stated at oral argument. This Court has carefully considered Defendant's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#18) and, therefore, **DENIES** Defendants' Motion

(#4) to Dismiss for Improper Venue.

    IT IS SO ORDERED.

    DATED this 8th day of August, 2013.


                                             /s/ Anna J. Brown

                                             ANNA J. BROWN
                                             United States District Judge